UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN D. IZAGUIRRE-GUERRERO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI MENDOTA,<br><br>Respondent. | No. 1:23-cv-00845-NODJ-EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 13, 21) |

Norman D. Izaguirre-Guerrero ("Petitioner") is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 28, 2024, the Magistrate Judge issued findings and recommendations recommending that Respondent's motion to dismiss be granted in part and the petition for writ of habeas corpus be dismissed. (ECF No. 21.) The findings and recommendations were served on the parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the findings and recommendations. (*Id.*) To date, no objections have been filed, and the time for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having reviewed the file, the Court holds the findings and recommendations to be supported by the record and proper analysis.

/////

1

Accordingly,

1. The findings and recommendations issued on March 28, 2024 (ECF No. 21) are adopted in full;
2. Respondent's motion to dismiss (ECF No. 13) is granted in part;
3. The petition for writ of habeas corpus is dismissed; and
4. The Clerk of Court is directed to close the case.

DATED: May 28, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE